**CM-200**

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*
PLG DAMAGE ATTORNEYS
VINIT R. VENKATESH, ESQ. (367857)
2750 SW 145TH AVENUE #509
MIRAMAR, FL 33027

TELEPHONE NO.: (305)-506-4746 FAX NO. *(Optional)*:
E-MAIL ADDRESS *(Optional)*: VV@PLGDAMAGE.COM
ATTORNEY FOR *(Name)*: Plaintiff

*FOR COURT USE ONLY*

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
STREET ADDRESS: 3470 Twelfth Street Room 3
MAILING ADDRESS: 3470 Twelfth Street Room 3
CITY AND ZIP CODE: Riverside, CA 92501
BRANCH NAME: Eastern Division - Riverside

PLAINTIFF/PETITIONER: Lena Murphy
DEFENDANT/RESPONDENT: Remedy Meds LLC

# NOTICE OF SETTLEMENT OF ENTIRE CASE

CASE NUMBER: 5:26-cv-03217-DTB
JUDGE: David Bristow
DEPT.:

## NOTICE TO PLAINTIFF OR OTHER PARTY SEEKING RELIEF

You must file a request for dismissal of the entire case within 45 days after the date of the settlement if the settlement is **unconditional.** You must file a dismissal of the entire case within 45 days after the date specified in item 1b below if the settlement is **conditional.** Unless you file a dismissal within the required time or have shown good cause before the time for dismissal has expired why the case should not be dismissed, the court will dismiss the entire case.

**To the court, all parties, and any arbitrator or other court-connected ADR neutral involved in this case:**

1. This entire case has been settled. The settlement is:
   a. [X] **Unconditional.** A request for dismissal will be filed within 45 days after the date of the settlement.
   Date of settlement:
   b. [ ] **Conditional.** The settlement agreement conditions dismissal of this matter on the satisfactory completion of specified terms that are not to be performed within 45 days of the date of the settlement. A request for dismissal will be filed no later than *(date):*
2. Date initial pleading filed:
3. Next scheduled hearing or conference:
   a. Purpose:
   b. [ ] (1) Date:
   (2) Time:
   (3) Department:
4. Trial date:
   a. [ ] No trial date set.
   b. [ ] (1) Date:
   (2) Time:
   (3) Department:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 07/13/2026

Vinit R. Venkatesh, Esq.
(TYPE OR PRINT NAME OF [X] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)

/s/ Vinit Roy Venkatesh
(SIGNATURE)